NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANDRZEJ BOBEL, NEPTUN LIGHT, INC.,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**SATCO PRODUCTS, INC., MAXLITE, INC.,
LITETRONICS INTERNATIONAL, INC.,**
*Intervenors*

---

2014-1701

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-872.

---

**JUDGMENT**

---

SUDIP KUMAR KUNDU, The Fuisz-Kundu Group LLP, Washington, DC, argued for appellants. Also represented by JOHN ROBERT FUISZ.

ROBERT JOHN NEEDHAM, Office of General Counsel, International Trade Commission, Washington, DC, argued for appellee. Also represented by WAYNE W.

HERRINGTON, SIDNEY A. ROSENZWEIG, DOMINIC L. BIANCHI.

ROBERT STEPHEN RIGG, Vedder, Price, Kaufman & Kammholz, Chicago, IL, argued for intervenors. Intervenors Litetronics International, Inc., MaxLite, Inc., also represented by TIMOTHY MICHAEL NITSCH. Intervenor Satco Products, Inc., represented by ROBERT P. LYNN, JR., STEPHEN WILLIAM LIVINGSTON, Lynn, Gartner, Dunne & Covello, LLP, Mineola, NY.

––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 14, 2015
Date

/s/Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court